IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-03042-M-RJ

NICOLE RENEE JACKSON,              )
                                  )
            Plaintiff,            )
                                  )
      v.                          )              **ORDER**
                                  )
ADA CHEKESHA HUKINS, et al.,      )
                                  )
            Defendants.           )

On February 13, 2026, Nicole Renee Jackson ("plaintiff"), a detainee at the Craven County Detention Center, filed *pro se* what the court liberally construed as a civil rights complaint under 42 U.S.C. § 1983, [D.E. 1], and a motion to proceed without prepayment of fees, Mot. [D.E. 2].

On February 19, 2026, the court directed plaintiff to refile her complaint and application to proceed without prepayment of fees on the correct forms within 21 days. See Order [D.E. 4].

On March 24, 2026, because plaintiff failed timely to comply with the February 19, 2026, order of deficiency, the court dismissed the action without prejudice for failure to prosecute and entered judgment. See Order [D.E. 5]; J. [D.E. 6].

On April 17, 2026, plaintiff filed a motion for reconsideration, Mot. [D.E. 7], together with a complaint [D.E. 8], and a motion to proceed without prepayment of fees, Mot. [D.E. 9], both of which were on the forms prescribed for use by the court, as well as a notice of appeal [D.E. 10].

On April 22, 2026, the court granted plaintiff's motion for reconsideration, deemed plaintiff's April 17, 2026, filings to be a timely response to the court's February 19, 2026, order, and directed the clerk to reopen the case. Order [D.E. 13].

On May 4, 2026, the court granted plaintiff's motion to proceed without prepayment of fees. Order [D.E. 19].

This cause is now before the court on plaintiff's motion to voluntarily dismiss her appeal pursuant to Federal Rule of Appellate Procedure 42(a). See Mot. [D.E. 19] (noting that, after the court granted her motion for reconsideration on April 22, 2026, her appeal is no longer needed).

Because her appeal had not yet been docketed by the circuit clerk when plaintiff filed the motion to voluntarily dismiss the appeal, see [D.E. 16], and because plaintiff filed this motion within the time allowed, see Fed. R. App. P. 4(a), the court GRANTS the instant motion [D.E. 19], see Fed. R. App. P. 42(a).

SO ORDERED this 26th day of May, 2026.

_____
RICHARD E. MYERS II
Chief United States District Judge

2